**86**

STATE of Missouri, Respondent.

v.

Leon SLAUGHTER, Appellant.

No. WD 36257.

Missouri Court of Appeals,
Western District.

Sept. 3, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 1, 1985.

Application to Transfer Denied
Nov. 21, 1985.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

### ORDER

PER CURIAM:

Appeal from sentence of five years imprisonment for burglary in the second degree and five years for stealing, §§ 569.170 and 570.030, RSMo 1978, with the sentences to run consecutively.

Judgment affirmed. Rule 30.25(b).